THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JARROD L. FELTON-GROOMS,<br><br>　　　　　　　Defendant. | CASE NO. CR22-0138-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue trial and extend the pretrial motions deadline. (Dkt. No. 20.)

Defendant contends that based on the nature of the case, the complexity of potential pretrial motions, the severity of the charges, and the scope of discovery, additional time is necessary to conduct investigation and research motions and prepare for trial. (*Id.* at 2.)

Accordingly, the Court FINDS:

1. Taking into account the exercise of due diligence, a failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);
2. A failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);
3. The additional time requested is a reasonable period of delay; and

ORDER
CR22-0138-JCC
PAGE - 1

4. The ends of justice will best be served by a continuance, and they outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, Defendant's motion to continue trial and extend the pretrial motions deadline (Dkt. No. 20) is GRANTED. It is therefore ORDERED that the trial date be continued from November 7, 2022 to March 6, 2023, and that the time between the date of this Order and the new trial date is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). Any pretrial motions shall be filed no later than February 6, 2023.

DATED this 30th day of September 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE