THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JARROD FELTON-GROOMS,<br><br>　　　　　　　Defendant. | CASE NO. CR22-0138-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date and the pretrial motions deadline. (Dkt. No. 22.) Having thoroughly considered the parties' briefing and the relevant record, the Court GRANTS the motion for the reasons below.

Defendant was indicted for four counts of Distribution of a Controlled Substance, one count of Unlawful Possession of a Firearm, one count of Possession of Controlled Substances with Intent to Distribute, one count of Unlawful Possession of Firearms, and one count of Possession of a Firearm in Furtherance of a Drug Trafficking Crime. (Dkt. No. 15.) Trial is currently set for March 6, 2023. (Dkt. No. 21.) Defendant moves to continue the trial date to September 11, 2023, citing the need for additional time to review new discovery and confer with the defendant. (Dkt. No. 22 at 2.)

Based on the Defendant's representations, the Court FINDS the following:

1. The ends of justice served by granting this continuance outweigh the best interests of the

public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for counsel to prepare, taking into account the exercise of due diligence, would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow counsel the reasonable time necessary for effective preparation, reviewing discovery, and evaluating potential motions. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. The additional time requested is a reasonable period of delay.

It is thus ORDERED that trial shall be continued to September 11, 2023. Any pretrial motions shall be filed no later than July 31, 2023. It is further ORDERED that the time between the date of this order and the new trial date is excludable time under 18 U.S.C. § 3161(h)(7)(A).

DATED this 3rd day of February 2023.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE