THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JARROD L. FELTON-GROOMS,<br><br>　　　　　　　　　Defendant. | CASE NO. CR22-0138-JCC<br><br>ORDER |

　　　This matter comes before the Court on Defendant's motion for a reduction in sentence (Dkt. No. 39). Having considered the briefing and the relevant record, the Court DENIES the motion for the reasons explained herein.

　　　Defendant was sentenced to a custodial term of 66 months for conspiracy to distribute controlled substances and possession of a firearm in furtherance of a drug trafficking crime. (*See* Dkt. Nos. 37, 38.) He now seeks a reduction of that sentence pursuant to Amendment 821 to the United States Sentencing Guidelines ("USSG"). (*See* Dkt. No. 39.) The request is based on Part B, Subpart 1 of the amendment, which provides a two-level reduction in the offense level for certain "zero-point offenders"—that is, defendants with no criminal history whose offenses meet the guideline's criteria. *See* USSG § 4C1.1(a). One of those criteria is that "the defendant did not possess . . . a firearm . . . in connection with the offense. *Id.* § 4C1.1(a)(7).

　　　Here, Defendant pled guilty to possession of a firearm in connection with his offense.

(*See* Dkt. No. 27 at 2.) Accordingly, he fails to qualify as a zero-point offender. Defendant's motion (Dkt. No. 39) is therefore DENIED.

DATED this 27th day of June 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE